*Branch* for petitioners. *Messrs. Hiram C. Todd, Clarence A. Southerland, Daniel O. Hastings,* and *Marion Smith* for respondents.

No. 991. DISTRICT OF COLUMBIA *v.* MURPHY; and

No. 992. DISTRICT OF COLUMBIA *v.* DEHART. May 26, 1941. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for petitioner. *Mr. Harry Raymond Turkel* for respondents. Reported below: 73 App. D. C. 345, 347; 119 F. 2d 449, 451.

No. 1035. FEDERAL LAND BANK OF SAINT PAUL *v.* BISMARCK LUMBER CO. ET AL. May 26, 1941. Petition for writ of certiorari to the Supreme Court of North Dakota granted. *Solicitor General Biddle* for petitioner.

No. 746. SOUTHERN RAILWAY CO. *v.* PAINTER, ADMINISTRATRIX. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Rudolph J. Kramer, Bruce A. Campbell,* and *S. R. Prince* for petitioner.

No. 901. BAKERY & PASTRY DRIVERS & HELPERS LOCAL 802 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. *v.* WOHL ET AL. See *ante,* p. 548.